IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS IVAN JAMES,<br><br>    Petitioner,<br><br>  vs.<br><br>CURRY, et al.,<br><br>    Respondents. | No. C 06-7315 MJJ (PR)<br><br>**ORDER TO SHOW CAUSE** |

Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges prison officials improperly searched his cell and falsely claimed to have found inmate manufactured wine in his cell. The petition was dismissed with leave to amend because the allegations did not implicate the fact or duration of his custody. Petitioner has filed an amended petition alleging that the discipline he received as a result of defendants' actions result in his loss of 91 days of good time credits.

This Court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975). A time credit claim does affect the legality or duration of a prisoner's custody, the successful determination of which would result in entitlement to an earlier release, and as such must be brought in habeas. See Butterfield v.

Bail, 120 F.3d 1023, 1024 (9th Cir. 1997).

Petitioner claims he was deprived of his right to due process and his right to equal protection in connection with the discipline he received for possessing inmate-manufactured alcohol. Liberally construed, these claims are cognizable.

For the foregoing reasons, the Court hereby orders:

1. The Clerk of the Court shall serve by certified mail a copy of this order, petition, and all attachments thereto, upon respondent and respondent's attorney, the Attorney General for the State of California. The Clerk shall also serve a copy of this order on petitioner.

2. Respondent shall file with the Court and serve on petitioner, within 90 days of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on petitioner's claims described above. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent within 30 days of his receipt of the answer.

3. Respondent may, within 90 days, file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within 30 days of receipt of the motion, and respondent shall file with the Court and serve on petitioner a reply within 15 days of receipt of any opposition.

4. Petitioner is reminded that all communications with the Court must be served on respondent by mailing a true copy of the document to respondent's counsel.

5. It is petitioner's responsibility to prosecute this case. Petitioner must keep the Court and respondent informed of any change of address and must comply with the Court's

2

orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      6.     Upon a showing of good cause, requests for a reasonable extension of time will be granted as long as they are filed on or before the deadline which they seek to extend.

IT IS SO ORDERED.

DATED:   7/6/2007

                                        */s/ Martin J. Jenkins*
                                      MARTIN J. JENKINS
                                      United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS IVAN JAMES,<br><br>        Plaintiff,<br><br>  v.<br><br>CURRY, et al.,<br><br>        Defendant.<br>_____/ | Case Number: C 06-7315 MJJ   MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

**Curtis Ivan James**
Correctional Training Facility
Prisoner Id P66509
P.O. Box 705
LB 335 L
Soledad, CA 93960

Dated: July 11, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk