EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
STACEY D. SCHESSER, State Bar No. 245735
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5774
  Fax: (415) 703-5843
  Email: Stacey.Schesser@doj.ca.gov

Attorneys for Respondent California Department of
Corrections and Rehabilitation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CURTIS IVAN JAMES,**<br><br>                        Petitioner,<br><br>v.<br><br>**M. CASTELLAWS, WARDEN,**<br><br>                        Respondent. | CV06-7315 MJJ<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Judge: The Honorable Martin Jenkins |

TO PETITIONER CURTIS IVAN JAMES:

    PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 2254 and Rule 4 of the Rules Governing § 2254 Cases (§ 2254 Rules) in the United States District Courts, Respondent moves the Court for an order dismissing the above-entitled action on the ground that Petitioner's claim as moot. No hearing is requested because Petitioner is an inmate acting in pro per.

    This motion is based on the notice and motion; the supporting memorandum of points and authorities; and the pleadings, records, and files in this action.

# MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

Petitioner Curtis James proceeds pro per in this matter and challenges a prison disciplinary proceeding. However, since the time of filing his petition, James was released on parole, thereby rendering his petition moot. (Ex. 1.)

Because Petitioner has failed to allege that he suffered any actual collateral consequences and there is no presumption of collateral consequences with respect to prison disciplinary charges, Respondent respectfully requests that the Petition be dismissed.

## ARGUMENT

## THIS PETITION SHOULD BE DISMISSED AS MOOT.

A case becomes moot when "it no longer present[s] a case or controversy under Article III, § 2, of the Constitution." *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). In order to satisfy the case-or-controversy requirement, the parties must have a personal stake in the outcome of the suit throughout "all stages of federal judicial proceedings." *United States v. Verdin*, 243 F.3d 1174, 1177 (9th Cir. 2001).

A habeas petition is never moot simply because, subsequent to its filing, the Petition has been released from custody. *Chacon v. Wood*, 36 F.3d 1459, 1463 (9th Cir. 1994.) Some collateral consequence of the conviction must exist, however, in order for the suit to be maintained. *Spencer*, 523 U.S. at 7.

In *Wilson v. Terhune*, an inmate filed a habeas petition challenging a prison disciplinary proceeding. 319 F.3d 477 (9th Cir. 2003). As an initial matter, the Ninth Circuit found that the prisoner was not entitled to any presumption of collateral consequences as a result of prison disciplinary proceedings. *Id.* at 481. Additionally, because Wilson failed to allege actual consequences sufficient to meet the case-or-controversy requirement, his petition was dismissed as moot. *Id.* at 482. *Cf. Park v. California*, 202 F.3d 1146 (9th Cir. 2000) (where petitioner suffered the actual consequence of deportation as a result of his conviction).

*Wilson* controls here. Petitioner has been released from custody to parole and presents no

1 | allegations in his Petition suggesting that he has suffered any collateral consequences as a result
2 | of being found guilty of the prison disciplinary charge. *Wilson*, 319 F.3d at 481-82. Allegations
3 | of credit loss are not sufficient in showing actual collateral consequences. *Id.* at 482; *Funtanilla*
4 | *v. Adams*, No. 1:04-cv-06312, 2006 U.S. Dist. LEXIS 12748, at * 12 (E.D. Cal. Mar. 23, 2006).
5 | Additionally, because James has now been released from custody, he no longer has a personal
6 | stake in the outcome of this habeas action. *MebrhatoTsehai v. Schwartz*, 2007 U.S. Dist. LEXIS
7 | 26511 (E.D. Cal. Apr. 10, 2007.) Thus, Respondent respectfully requests the petition be denied
8 | as moot.

Dated: September 25, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Stacey D. Schesser*

STACEY D. SCHESSER
Deputy Attorney General
Attorneys for Respondent

20104992.wpd
SF2007200562

Resp't's Not. of Mot. and Mot. to Dismiss; Supporting Mem. of P. & A.    *James v. Curry*
CV06-7315 MJJ

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **James v. Curry**

No.:   **CV06-7315 MJJ**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>September 26, 2007</u>, I served the attached

### NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Curtis Ivan James**
**5961 S Avalon Blvd**
**Apt # 11**
**Los Angeles, CA 90011**
*in pro per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 26, 2007, at San Francisco, California.

|  L. Santos   |   *L. Santos*   |
|:---:|:---:|
| Declarant | Signature |

20105822.wpd

# EXHIBIT 1

STATE OF CALIFORNIA
# MEMORANDUM

Date:   August 6, 2007



From:   Correctional Training Facility, Soledad, CA 93960

Subject:   *"PAROLE REPORTING INSTRUCTIONS"*

| | |
|---|---|
| Parole Date: | *EPRD: AUGUST 18, 2007 (SATURDAY)* |
| Date To Report: | *FIRST WORKING DAY FOLLOWING RELEASE* |
| Time To Report: | *BETWEEN 8:00 A.M. AND 4:00 P.M.* |
| Where To Report: | *REGION III/SAN FERNANDO VALLEY UNIT #4* |
| | *8100 BALBOA PL.* |
| | *VAN NUYS, CA 91406-1135* |
| Parole Agent: | *AGENT OF THE DAY* |
| Telephone Number: | *818-442-0420* |
| Release Funds: | *FULL FUNDS* |

IMPORTANT:   *"Failure to report as directed may result in a Parole Violation."*


PAROLEE'S SIGNATURE   *JAMES, CURTIS, IVAN*                    P-66509


  YOU HAVE BEEN DESIGNATED FOR A HIGH CONTROL PAROLE SUPERVISION
BY YOUR PAROLE AGENT. FAILURE TO REPORT AS INDICATED WILL RESULT
IN A WARRANT ISSUED FOR YOUR ARREST.

| DATE OF RELEASE | | TYPE OF RELEASE | | NOTICE SENT PURSUANT TO: | | |
|---|---|---|---|---|---|---|
| EPRD: AUGUST 18, 2007 (SATURDAY) | | ☒ PAROLE | ☐ OUT TO COURT | ☒ PC 3058.6 | ☒ PC 3058.65 | ☒ PC 3058.9 |
| | | ☐ PC 3060.7 | ☐ OUT-PATIENT STATUS | ☒ PC 3058.61 | ☒ PC 3058.8 | ☒ PC 3060.6 |
| TIME OF RELEASE | | ☐ PC 4755 | ☐ DISCHARGE | | | |
| PRIOR TO MIDNIGHT | | ☐ OTHER _____ | | PREPARED BY (SIGNATURE) | | DATE 8-1-07 |
| | | | | *[signature]* | | |
| PLEASE ARRANGE FOR RELEASE OF THE FOLLOWING PERSON | | | | TYPE OR PRINT NAME AND TITLE | | |
| | | | | P. HUDSON, CCRA | | |
| JAMES, CURTIS, IVAN | | | P-66509 | APPROVED BY (SIGNATURE) | | DATE 8-13-07 |
| | | | | *[signature]* C&PR(A) | | |
| EPRD: 8-18-07/REGION III/SAN FERNANDO UNIT #4/CDD:8-18-10/LOS ANGELES COUNTY/3 YEAR PAROLE PERIOD. | | | | TYPE OR PRINT NAME AND TITLE | | |
| | | | | D.S. LEVORSE, C&PR | | |

| COPY TO |
|---|
| R & R |
| CONTROL – CENTRAL / NORTH |
| OBIS |
| CLOSEOUTS |
| REGIONAL UNIT / C-FILE |
| TELETYPE |

**WARDEN'S CHECKOUT ORDER**                                            DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 161 (Rev. 10/01)