EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
STACEY D. SCHESSER, State Bar No. 245735
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5774
  Fax: (415) 703-5843
  Email: Stacey.Schesser@doj.ca.gov

Attorneys for Respondent California Department of
Corrections and Rehabilitation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS IVAN JAMES,<br><br>                  Petitioner,<br><br>v.<br><br>M. CASTELLAWS, WARDEN,<br><br>                  Respondent. | CV06-7315 MJJ<br><br>**REPLY TO PETITIONER'S OBJECTION TO MOTION TO DISMISS**<br><br>Judge:   The Honorable Martin Jenkins |

     Petitioner filed an "Objection to Respondent's Motion to Dismiss/Motion to Continue the Said Habeas Corpus" on October 9, 2007. In his brief, Petitioner fails to offer any legal argument or cite to any precedent that counters Respondent's contention that the matter is moot. Petitioner was paroled subsequent to filing his original Petition, in which he alleged that he received a rules violation report that violated his due process and equal protection rights. However, Petitioner fails to offer any proof in either the Petition or the Objection that he suffer any actual collateral consequences. *Wilson v. Terhune*, 319 F.3d 477 (9th Cir. 2003). Rather, Petitioner merely reiterates his claim that he should have been found not guilty of the contested

rules violation.

Because Petitioner has not presented proof of actual collateral consequences, nor raised any responsive legal arguments to Respondent's Motion to Dismiss, Respondent respectfully requests that this Petition be dismissed.

Dated: October 10, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Stacey D. Schesser*

STACEY D. SCHESSER
Deputy Attorney General
Attorneys for Respondent

20108100.wpd
SF2007200562

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **James v. Curry**

No.:   **CV06-7315 MJJ**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 10, 2007</u>, I served the attached

### REPLY TO PETITIONER'S OBJECTION TO MOTION TO DISMISS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Curtis Ivan James**
**3048 Buckingham Rd. Apt#2**
**Los Angeles, CA 90016**
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 10, 2007, at San Francisco, California.

|  |  |
|---|---|
| L. Santos | *L. Santos* |
| Declarant | Signature |

20108411.wpd