IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Curtis James
1 3B 29
P.O. Box 950
Represa, CA. 95671

RECEIVED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

| Curtis Ivan James | NO. CV-07-3821 MJJ (PR) |
| | NO. CV-06-7315 MJJ (PR) CW |
| v. | NO. CV-06-7314 MJJ (PR) |
| C.O. Lynch, et al Defendants | Change of Address |

Please view this said letter as a change of address from SC IIIL P.O. Box 4610 Lancaster, CA. 93539-4610 to 1-3B-29 P.O. Box 950 Represa, CA. 95671, Also I need a update and a copy of all of the said legal documents thats part of ut Habeas Corpus, and the 1983, I just arrived to this facility, and I couldn't get ut property, so I need a 30 day extention.

Respectfully submitted, 4-27-08