IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS IVAN JAMES,

        Petitioner,

  v.

M. CASTELLAWS, Warden,

        Respondent.
                                 /

No. C 06-07315 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Motion to Dismiss Habeas Petition as Moot,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Curtis Ivan James' Petition for Writ of Habeas Corpus is dismissed as moot and that each party bear its own costs of action.

    Dated at Oakland, California, this 28th day of August, 2008.

                                      RICHARD W. WIEKING
                                      Clerk of Court

                    By: _____
                            SHEILAH CAHILL
                            Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES et al,

        Plaintiff,

v.

CURRY et al,

        Defendant.

Case Number: CV06-07315 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Ivan James
Prisoner Id P-66509
1-3B-29
P.O. Box 950
Represa, CA 95671

Stacey D Schesser
Department of Justice
Office of the Attorney General
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102

Dated: August 28, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk